

| Case | Docket | Date | Judge | Disposition |
|---|---|---|---|---|
| Marten Transport, Ltd. v. Lucas | 45A03–1612–CT–2937 | 08/16/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Gonzalez v. State | 49A04–1701–CR–151 | 08/16/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Turner v. State | 49A05–1702–CR–241 | 08/16/2017 | BAILEY, J.<br><br>VAIDIK, C.J.<br>ROBB, J. | Affirmed in part and remanded<br>Concurs<br>Concurs |
| S.C., Matter of | 02A05–1703–JT–471 | 08/16/2017 | CRONE, J.<br>VAIDIK, C.J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Chapel Ridge Investments, LLC v. U.S. Bank National Association | 02A05–1702–MF–261 | 08/16/2017 | BAILEY, J.<br><br>VAIDIK, C.J.<br>ROBB, J. | Affirmed in part, reversed in part, and remanded<br>Concurs<br>Concurs |
| DSA Property, LLC v. Old National Bank | 41A01–1610–PL–2252 | 08/17/2017 | BARNES, J.<br><br>BAKER, J.<br>CRONE, J. | Affirmed in part, reversed in part, and remanded<br>Concurs<br>Concurs |
| Wambugu v. Palmer Funeral Homes, Inc. | 71A03–1609–CT–2255 | 08/17/2017 | BARNES, J.<br>BAKER, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Judd v. State | 48A02–1611–CR–2726 | 08/17/2017 | SHARPNACK, Sr.J.<br>BAKER, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Waltz v. State | 02A03–1702–CR–263 | 08/17/2017 | PYLE, J.<br>MAY, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |